IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CR. NO: 06-399

V.

THOMAS HONOLD

(Smyser, J.)

FILED
HARRISBURG, PA

NOV 29 2006

MARY E. D'ANDREA, CLERK
Per _____
              Deputy Clerk

INFORMATION

COUNT I

THE UNITED STATES OF AMERICA CHARGES THAT:

1. At all times material and pertinent to this Information, the Communications Workers of America, (CWA) Local 23 was a labor organization affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code. The defendant was employed by this labor organization as Secretary-Treasurer.

2. Beginning on or about 2001 and continuing up thorough on or about April 2004, in the Middle District of Pennsylvania, the defendant

**THOMAS HONOLD**

did knowingly and willfully cause materially false entries to be made in financial records required to be maintained by the union under Section 436 of Title 29, United States Code, in order to conceal approximately $4,458.56 in financial losses by this labor organization.

All in violation of Title 29, United States Code, Section 439(c).

_____
THOMAS A. MARINO
UNITED STATES ATTORNEY

11-28-06
DATE